UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES SHAFER, ) | |
| ) | |
| Plaintiff, ) | CASE NO.   C07-0788-JCC-JPD |
| ) | |
| v. ) | |
| ) | |
| DEPUTY SHERIDAN, ) | ORDER DISMISSING § 1983 ACTION |
| ) | |
| Defendant. ) | |
| _____) | |

The Court, having reviewed defendant's motion for summary judgment, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. No. 22).

(2) Defendant's motion for summary judgment (Dkt. No. 18) is GRANTED.

(3) The complaint and this § 1983 action are DISMISSED with prejudice.

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant, and to Judge Donohue.

DATED this 21st day of February, 2008.

_____
JOHN C. COUGHENOUR
United States District Judge

ORDER DISMISSING § 1983 ACTION